UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAM LEE WALLACE (#195022)                               CIVIL ACTION

VERSUS

DARREL VANNOY                                               NO. 17-1790-BAJ-RLB

**RULING**

This matter comes before the Court in connection with the Court's Order dated January 29, 2018 (R. Doc. 3) wherein the Court issued an Order denying the petitioner authorization to proceed *in forma pauperis* in this case, directing him to pay, within twenty-one (21) days, a partial filing fee in the amount of $5.00, and advising that "this action shall be dismissed" should the plaintiff fail to comply with the Court's Order. *See* R. Doc. 3. The petitioner has failed to pay the filing fee as ordered. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**, for failure of the petitioner to pay the Court's filing fee. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, on March 12, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA